## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| PERRY MUGNO, et al., : : Plaintiffs, : : v. : : FREEDOM DEBT SOLUTIONS, LLC, et al., : : Defendants. : | Civil Action No. 09-4187 (JAG)<br><br>**ORDER** |

**GREENAWAY, JR., U.S.D.J.**

     This matter comes before this Court on the motion to dismiss (Docket Entry No. 15) filed by defendants James Perkins and David Doyle, and the motion to dismiss (Docket Entry No. 16) filed by defendants Colby R. Gaskey, Douglas L. McClure, and Michael Hendrix. On November 25, 2009, Plaintiffs filed a stipulation of dismissal against defendants James Perkins, David Doyle, Colby R. Gaskey, Douglas L. McClure, and Michael Hendrix. This stipulation of dismissal renders the two motions to dismiss moot. Cf. Blanciak v. Allegheny Ludlum Corp., 77 F.3d 690, 698-99 (3d Cir. 1996) ("If developments occur during the course of adjudication that eliminate a plaintiff's personal stake in the outcome of a suit or prevent a court from being able to grant the requested relief, the case must be dismissed as moot.").

     Therefore,

     IT IS, this 30th day of November, 2009,

ORDERED that the motion to dismiss (Docket Entry No. 15) is denied as moot; and it is further

ORDERED that the motion to dismiss (Docket Entry No. 16) is denied as moot; and it is further

ORDERED that a copy of this Order be served on all parties within seven (7) days of the date of entry of this Order.

 S/Joseph A. Greenaway, Jr.
JOSEPH A. GREENAWAY, JR., U.S.D.J.